UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MARCHELLE EPPERSON, | ) | CASE NO.1:10CV1502 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| vs. | ) | |
| | ) | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| DEFENDANT. | ) | |

On August 5, 2011, Magistrate Judge James R. Knepp II filed a Report and Recommendation (R&R) recommending that this case be remanded to the Commissioner for further proceedings. (Doc. No. 21.) On August 24, 2011, the Commissioner filed a response, indicating that there are no objections to the remand. (Doc. No. 23.)

The Court has examined the R&R and concurs with its conclusions.

Accordingly, the R&R is **ADOPTED** and this case is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings consistent with the R&R.

**IT IS SO ORDERED**.

Dated: August 25, 2011

**HONORABLE SARA LIOI
UNITED STATES DISTRICT JUDGE**